UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CORVIAS MANAGEMENT-ARMY, LLC, )
*et al.*,                     )
                              )
    Plaintiffs,              )
                              )
vs.                           )   Case No. 22-cv-02285-GLR
                              )
PHILADELPHIA INDEMNITY        )   Jury Demanded
INSURANCE COMPANY, *et al.*,  )
                              )
    Defendants.              )

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiffs/Counter-Defendants and Defendants/Counter-Plaintiffs, by their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a) and (c), hereby stipulate to and voluntarily dismiss with prejudice all claims asserted in this matter or could have been asserted, including counterclaims and third-party claims, with each party to bear its own costs and attorney's fees.

Dated: January 10, 2023                    Respectfully submitted,

/s/Brian Gallagher                        /s/ Ezra S. Gollogly
Brian Gallagher                              Ezra S. Gollogly
COUNCIL BARADEL                  KRAMON & GRAHAM, PA
125 West St., 4th Floor                One South Street, Suite 2600
Annapolis, Maryland 21401           Baltimore, MD 21202
gallagher@councilbaradel.com      egollogly@kg-law.coM

*Counsel for Plaintiffs/Counter Defendants*   *Counsel for Defendant/Counter-Plaintiff*
*Corvias Management-Army LLC*         *Navigators Specialty Insurance Company*
*and Meade Communities, LLC*

/s/ Margaret Fonshell Ward
Margaret Fonshell Ward
DOWNS WARD BENDER HERZOG & KINTIGH, P.A.
Executive Plaza III, Suite 400
11350 McCormick Rd.
Hunt Valley, MD 21031
mward@downs-ward.com

*Counsel for Defendant Philadelphia Indemnity Insurance Company*

2

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

This 12th day of January, 2023.                                                  By: /s/Brian Gallagher

2