UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CORVIAS MANAGEMENT-ARMY, LLC, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> PHILADELPHIA INDEMNITY INSURANCE COMPANY, *et al.*, <br><br> Defendants. | Case No. 22-cv-02285-GLR <br><br> Jury Demanded |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs/Counter-Defendants and Defendants/Counter-Plaintiffs, by their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a) and (c), hereby stipulate to and voluntarily dismiss with prejudice all claims asserted in this matter or could have been asserted, including counterclaims and third-party claims, with each party to bear its own costs and attorney's fees.

Dated: January 10, 2023                     Respectfully submitted,

/s/Brian Gallagher                                     /s/ Ezra S. Gollogly
Brian Gallagher                                          Ezra S. Gollogly
COUNCIL BARADEL                                 KRAMON & GRAHAM, PA
125 West St., 4th Floor                             One South Street, Suite 2600
Annapolis, Maryland 21401                     Baltimore, MD 21202
gallagher@councilbaradel.com             egollogly@kg-law.coM

*Counsel for Plaintiffs/Counter Defendants*     *Counsel for Defendant/Counter-Plaintiff*
*Corvias Management-Army LLC*                         *Navigators Specialty Insurance Company*
*and Meade Communities, LLC*

/s/ Margaret Fonshell Ward
Margaret Fonshell Ward
DOWNS WARD BENDER HERZOG & KINTIGH, P.A.
Executive Plaza III, Suite 400
11350 McCormick Rd.
Hunt Valley, MD 21031
mward@downs-ward.com

*Counsel for Defendant Philadelphia Indemnity Insurance Company*

**APPROVED this 12th day of January, 2023. This matter is hereby DISMISSED with prejudice and the teleconference set for January 26, 2023 is cancelled. The Clerk is directed to CLOSE this case.**

                    /s/
**George L. Russell, III United State District Judge**